## DIVIDENDS REMITTED TO THE COURT
Check Number 107 Dated 01/12/11
Case Number 09-38674 - CAJACOB, THOMAS M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HEALTHSPAN SERICES<br>RELIANCE RECOVERIES<br>6160 SUMMIT DR STE 420<br>BROOKLYN CENTER MN 55430<br>  FINAL DISTRIBUTION<br>  4446 | 000002 | 125.98 | 4.45 |
| HEALTHEAST ST JOSEPHS<br>69 W EXCHANGE ST<br>ST PAUL MN 55102<br>  FINAL DISTRIBUTION<br>  6226 | 000003 | 75.00 | 2.64 |
| ---------- Remittance Total ---------- | | 200.98 | 7.09 |

*John A. Hedback, Trustee* (signed)

RECEIVED 11 JAN 13 AM 11: 05 U.S. BANKRUPTCY COURT ST. PAUL, MN